UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: WILLIAM D. KAVEY                    BK No. 17-10026
CAROLE J KAVEY

### OBJECTION TO MOTION FOR RELIEF FROM STAY FILED BY MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC

Now come the debtors William D. Kavey and Carole J Kavey and hereby object to the Motion for Relief from Stay filed by Morgan Stanley Mortgage Capital Holdings LLC.

1. The Debtors are without sufficient information to admit or deny the allegations of paragraph 1 and leave the plaintiff to its proof. To the extent an answer is required, the allegation should be considered denied.

2. The Debtors are without sufficient information to admit or deny the allegations of paragraph 2 and leave the plaintiff to its proof. To the extent an answer is required, the allegation should be considered denied.

3. The Debtors are without sufficient information to admit or deny the allegations of paragraph 3 and leave the plaintiff to its proof. To the extent an answer is required, the allegation should be considered denied.

4. The Debtors are without sufficient information to admit or deny the allegations of paragraph 4 and leave the plaintiff to its proof. To the extent an answer is required, the allegation should be considered denied.

5. Admitted.

6. The Debtors are without sufficient information to admit or deny the allegations of paragraph 6 and leave the plaintiff to its proof. To the extent an answer is required, the allegation should be considered denied.

7. Denied.

8. Denied.

9. The Debtors are without sufficient information to admit or deny the allegations of paragraph 9 and leave the plaintiff to its proof. To the extent an answer is required, the allegation should be considered denied.

10. The Debtors are without sufficient information to admit or deny the allegations of paragraph 10 and leave the plaintiff to its proof. To the extent an answer is required, the allegation should be considered denied.

11. The Debtors are without sufficient information to admit or deny the allegations of paragraph 11 and leave the plaintiff to its proof. To the extent an answer is required, the allegation should be considered denied.

12. Denied.

13. Denied.

Wherefore, the defendant prays for judgment in their favor and all appropriate relief available.

## FIRST AFFIRMATIVE DEFENSE

Movant has adequate protection of its interest in its collateral as there is equity.

## SECOND AFFIRMATIVE DEFENSE

This mortgage was modified in 2012. The motion fails to acknowledge the modification.

## THIRD AFFIRMATIVE DEFENSE

The movant has failed to provide an accounting or loan history to support its claims.

## FOURTH AFFIRMATIVE DEFENSE

The mortgage fails to accurately describe the security and therefore unenforceable.

        Debtors William D. Kavey and Carole J Kavey
        By their attorneys,

        /s/RUSSELL D. RASKIN
        BC #412380
        RASKIN & BERMAN
        116 EAST MANNING STREET
        PROVIDENCE, RI 02906
        TEL. 1.401.421.1363 EXT. 19
        FAX 1.401.272.4467
        EMAIL: russell@raskinberman.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 30, 2017 I filed the Objection and served this document through the electronic filing system on the following parties:

- Gary W. Cruickshank    gwc@cruickshank-law.com, ma09@ecfcbis.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Joseph Dolben on behalf of Creditor FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC
jdolben@mlg-defaultlaw.com, yfrails@mlg-defaultlaw.com;rdesrosiers@mlg-defaultlaw.com

and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document electronically filed with the court to the following non CM/ECF participants:

Mr. & Mrs. William Kavey
8 Dean Street
Milton, MA 02186

/s/DAWN PEMENTAL