02/05/2018 Granted. The hearing is continued to March 6, 2018 at 10:00 A.M.

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

IN RE: WILLIAM D. KAVEY                    BK No.17-10026
      CAROLE J. KAVEY
      Debtor(s).                          Chapter 7

### JOINT MOTION TO CONTINUE HEARING

NOW COME FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC ("Movant") and the debtors William and Carol Kavey ("Debtors") and jointly request that the Court continue the hearing on the motion of Movant for Motion for Relief from Stay currently scheduled for hearing on February 6, 2018.  The parties request that this matter be continued for 30 days or a date convenient to the Court.

As grounds, the parties indicate that counsel for the debtor will be out of state.

/s/ Joseph Dolben, Esq
Joseph Dolben, Esq., #673113
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02886
Telephone: (401) 234-9200

Respectfully submitted,
William D. Kavey
Carole, J. Kavey
By attorney,
Respectfully submitted,

/s/ Russell Raskin, Esq.
Bar No. 1880
116 East Manning Street
Providence, Rhode Island 02906
Phone: (401) 421-1363
Fax: (401) 272-4467
Email: mail@raskinberman.com

Dated: February 5, 2018