UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** William D. Kavey and Carole J. Kavey          **Case/AP Number** 17-10026 **-FJB**
                                                         **Chapter** 7

Continued Hearing:
#12 Motion filed by Creditor FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC for Relief from Stay Re: 8 Dean Road, Milton, MA 02186. (Dolben, Joseph)
#19 Objection filed by Joint Debtor Carole J. Kavey, Debtor William D. Kavey.  (Raskin, Russell)
#112 Notice of Withdrawal filed by Debtor Re: [19] Objection to [12] Motion for Relief from Stay. (Raskin, Russell)

**COURT ACTION:**

#12        Hearing held
_____Granted       _____Approved        _____Moot
_____Denied        _____Denied without prejudice     _____Withdrawn in open court
_____Overruled     _____Sustained
_____Continued to_____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order     _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER:  Neither the debtor nor the movant having appeared, and the Court having been informed by debtors' counsel that he would not appear because the debtors had withdrawn their opposition, and accordingly the Court now construing doc. #112 as a withdrawal of the debtors' opposition, and good cause having been stated and no further objection having been filed, Movant is hereby granted relief from the automatic stay to exercise its rights as to the property.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*                       Dated: 03/06/2018
_____
Frank J. Bailey
United States Bankruptcy Judge